IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-07806 |
| Karyn L Henson | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

NOTICE OF MOTION

To:   Karyn L Henson, 437 N Tratt Street, Apt. 15, Whitewater, WI 53190 *notice via US Mail*

Glenn B Stearns, Chapter 13 Trustee *notice via ECF delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *notice via ECF delivery system*

*See attached service list*

Please take notice that on September 17, 2021, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present Debtor's Motion to Voluntarily Dismiss Case, a copy of which is attached.

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 7:30 p.m. on or before September 10, 2021.

*/s/ David H. Cutler*
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No.: 17-07806 | |
| Karyn L Henson | ) | | |
| | ) | Chapter 13 | |
| | ) | | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar | |

DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE

NOW COMES, the Chapter 13 Debtor, Karyn L Henson, through the office of Cutler and Associates, Ltd. and respectfully requests that this Court dismisses this Chapter 13 case, and in support thereof would show the Court as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on March 17, 2018.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan as of May 25, 2018.

3. The Debtor has decided to not continue to proceed with the Chapter 13 Bankruptcy.

WHEREFORE, the Debtor prays that the Court enter an Order Dismissing the Case and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ David H. Cutler
David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

3