UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   18-07806
Karyn L Henson   )
   )   Chapter:   13
   )   Honorable A. Benjamin Goldgar
   )   Lake County
   Debtor(s)   )

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS CASE**

This matter coming before the court on debtor's motion for voluntary dismissal, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The case is dismissed.

Enter: *(signature)*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 17, 2021

**Prepared by:**

David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600